IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

SEP 05 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | CRIMINAL NO. _____ |
| GARY W. WEHRING | § § § | 4:18CR515 |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

*(Theft of Government Money or Property-18 U.S.C. 641)*

From on or about March of 2017 through on or about August of 2017, in the Southern District of Texas, the defendant,

GARY W. WEHRING,

defendant herein, did unlawfully, knowing and intentionally, and without authority, embezzle, steal, and convert property of the United States, namely automobile parts of a value less than $1,000.00, in violation of Title 18, United States Code, Section 641.

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
S. Mark McIntyre
Assistant United States Attorney
Southern District of Texas
(713) 567-9000